DANIEL E. THENELL, OSB #971655
Email: dan@thenelllawgroup.com
DANNIELLE N. BOOTH, OSB #100794
Email: dannielle@thenelllawgroup.com
THENELL LAW GROUP, PC
12909 SW 68th Pkwy, Suite 302
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496
    Of Attorneys for Country Mutual Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ERNESTO SANTOS,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | Case No. 3:14-cv-00760-BR<br><br>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY |

### STIPULATED ORDER

  Defendant Country Mutual Insurance Company, by and through their attorney, Daniel E. Thenell, and Plaintiff Ernesto Santos, by and through his attorney, Brady H. Mertz, hereby agree and stipulate that the above-captioned matter be dismissed with prejudice and without fees or costs to any party for the reasons that this matter has been fully resolved.

/ / /

/ / /

/ / /

Page 1 – STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
    COSTS TO ANY PARTY

831407

IT IS SO STIPULATED:

July 3, 2014  
DATED

/s/ Brady H. Mertz  
Brady H. Mertz, OSB#970814  
Attorney for Plaintiff

July 9, 2014  
DATED

/s/ Dannielle N. Booth  
Daniel E. Thenell, OSB #971655  
E-mail: dan@thenelllawgroup.com  
Dannielle N. Booth, OSB #100794  
E-mail: dannielle@thenelllawgroup.com  
Of Attorneys for Defendant Country Mutual Insurance Company

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby ORDERED that the above captioned matter be dismissed with prejudice and without fees to any party.

DATED this 10th day of July, 2014.

_____  
Hon. Anna J. Brown

Page 2 – STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY

831407

THENELL LAW GROUP, P.C.  
12909 SW 68th Parkway, Suite 320  
Portland, OR 97223  
Telephone (503) 372-6450  
Facsimile (503) 372-6496